**Order entered August 8, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00902-CV

### REV. RYAN "SASHA" GALLAGHER, Appellant

### V.

### TEXAS ATTORNEY GENERAL (KEN PAXTON),
### TEXAS DEPARTMENT OF PUBLIC SAFETY, WAYNE A. MUELLER, Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02400**

## ORDER

The clerk's record was filed on August 5, 2019 and the reporter's record is due on September 20, 2019. Appellant filed his brief on the merits prematurely on July 31, 2019. *See* TEX. R. APP. P. 38.6(a) (appellant's brief due thirty days after the later of the filing of the clerk's record or reporter's record). On August 5th, the Court sent appellant a postcard notice that his brief did not comply with certain technical requirements and instructed him to file a corrected brief within three days. On August 6, 2019, the Court sent appellant a letter stating his brief was deficient and instructed him to file a compliant brief within ten days. Because appellant's brief is not yet due, the Court retracts its August 5th notice and August 6th letter. On the Court's own motion, we **STRIKE** appellant's brief as premature.

Appellant's brief on the merits will be due thirty days after the reporter's record is filed.

/s/     KEN MOLBERG
         JUSTICE